1  Susan J. Olson, SBN 152467
   Ronald L. Richman, SBN 139189
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: susan.olson@bullivant.com
5          ron.richman@bullivant.com

6
   Attorneys for Plaintiff
7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11 | THE BOARD OF TRUSTEES FOR THE          | Case No.: CV-13-2735-NC
   | LABORERS HEALTH AND WELFARE            |
12 | TRUST FUND FOR NORTHERN                | **REQUEST FOR DISMISSAL, WITH
   | CALIFORNIA,                            | PREJUDICE; ORDER THEREON**
13 |                                        |
   |            Plaintiff,                  |
14 |                                        |
   |     vs.                                |
15 |                                        |
   | DELOYD PRICE, JR., an individual;      |
16 | JEANNIE PRICE, an individual,          |
   |                                        |
17 |            Defendants.                 |

18

19     Plaintiff The Board of Trustees for the Laborers Health and Welfare Trust Fund for

20 Northern California reached a full and final settlement with Defendants Deloyd Price, Jr. and

21 Jeannie Price.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1  Based on the above, Plaintiff respectfully requests that this Court issue an Order
2  dismissing the entire action, against all defendants, with prejudice.
3  DATED: July 23, 2013

   BULLIVANT HOUSER BAILEY PC

   By *(signature)*
   Susan J. Olson
   Ronald L. Richman

   Attorneys for Plaintiff

## ORDER

Pursuant to Plaintiff's request and good cause appearing:

IT IS HEREBY ORDERED that this case be and hereby is dismissed, in its entirety, with prejudice.

DATED: July 23, 2013

By _____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
*(signature)*
Judge Nathanael M. Cousins

---

– 2 –

REQUEST FOR DISMISSAL, WITH PREJUDICE; ORDER THEREON