1  Susan J. Olson, SBN 152467
   Ronald L. Richman, SBN 139189
2  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
3  San Francisco, California 94108
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: susan.olson@bullivant.com
5          ron.richman@bullivant.com

6
   Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | THE BOARD OF TRUSTEES FOR THE        | Case No.: CV-13-2735-NC
   | LABORERS HEALTH AND WELFARE         |
12 | TRUST FUND FOR NORTHERN             | **REQUEST FOR DISMISSAL, WITH
   | CALIFORNIA,                         | PREJUDICE; ORDER THEREON**
13 |                                     |
   |              Plaintiff,             |
14 |                                     |
   |      vs.                            |
15 |                                     |
   | DELOYD PRICE, JR., an individual;   |
16 | JEANNIE PRICE, an individual,       |
   |                                     |
17 |              Defendants.            |

18

19     Plaintiff The Board of Trustees for the Laborers Health and Welfare Trust Fund for

20 Northern California reached a full and final settlement with Defendants Deloyd Price, Jr. and

21 Jeannie Price.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

– 1 –
REQUEST FOR DISMISSAL, WITH PREJUDICE; ORDER THEREON

1     Based on the above, Plaintiff respectfully requests that this Court issue an Order
2 dismissing the entire action, against all defendants, with prejudice.
3 DATED: July 23, 2013

                                    BULLIVANT HOUSER BAILEY PC

                                    By _____
                                        Susan J. Olson
                                        Ronald L. Richman

                                      Attorneys for Plaintiff

### **ORDER**

    Pursuant to Plaintiff's request and good cause appearing:

    IT IS HEREBY ORDERED that this case be and hereby is dismissed, in its entirety, with prejudice.

DATED: July 23, 2013

                                    By _____
                                       UNITED STATES MAGISTRATE JUDGE

[STAMP: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Nathanael M. Cousins]